IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-00045-BO

| | |
|---|---|
| LISA D. WRIGHT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____ ) | ORDER FOR PAYMENT OF ATTORNEY<br>FEES UNDER THE<br>EQUAL ACCESS TO JUSTICE ACT |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $4,300.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Kristin G. Oakley, and mailed to her office at the Ricci Law Firm, P.O. Box 483, Greenville, NC 27835, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this _____5_____ day of July, 2018

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE